No. 71–6005. EVANS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 71–6006. MAGGARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–6007. FENTRESS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–6008. LAUCHLI v. POOS, U. S. DISTRICT JUDGE, ET AL. C. A. 7th Cir. Certiorari denied.

No. 71–6009. JOHNSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 70–22. M. F. A. CENTRAL COOPERATIVE ET AL. v. BOOKWALTER, DISTRICT DIRECTOR OF INTERNAL REVENUE, ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 71–525. LUSBY v. VIRGINIA. Sup. Ct. Va. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE STEWART are of the opinion that certiorari should be granted.

No. 71–716. SMITHERMAN v. VIRGINIA. Sup. Ct. Va. Motion to dispense with printing petition and motion of respondent for leave to dispense with printing brief granted. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–766. CARTER, DIRECTOR, MISSOURI DIVISION OF WELFARE, ET AL. v. LIKE ET AL. C. A. 8th Cir. Motion of respondents for leave to proceed in forma pauperis granted. Certiorari denied.